# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CARMELLE JAMISON and**
**TERRELL GIBSON, as Next**
**Friend of E.J., a minor,**                                                                  **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO. 4:24-cv-103-GHD-JMV**

**GREENVILLE PUBLIC SCHOOL**
**DISTRICT**                                                                             **DEFENDANT**

## ORDER DENYING MOTION TO QUASH AS MOOT

THIS CAUSE came before the Court on a Motion to Quash filed by non-party, Dr. Janice Monroe. [Doc. 78]. Dr. Monroe, the former superintendent of the Greenville Public School District, seeks not to attend her deposition by Plaintiffs scheduled, by informal agreement between counsel upon consultation with her, for December 18, 2025. Because Dr. Monroe is not a party and has not been compelled to attend the deposition by subpoena under Federal Rule of Civil Procedure 45, her attendance at the deposition scheduled is entirely voluntary. In short, there is no subpoena to quash. Should a party to this case subpoena Dr. Monroe in the future, she may raise her arguments to quash the deposition in a timely motion in response.

As such, the motion will be **DENIED AS MOOT**.

**SO ORDERED**, this the 17th day of December, 2025.

                                                                     /s/ Jane M. Virden
                                                                     **UNITED STATES MAGISTRATE JUDGE**