IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARMELLE JAMISON and
TERRELL GIBSON, as Next
Friend of E.J., a minor                                                    PLAINTIFFS

v.                                                                   Civil No. 4:24-cv-103-GHD-RP

GREENVILLE PUBLIC SCHOOL
DISTRICT                                                            DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED**:

(1) Defendant Greenville Public School District's Motion to Dismiss [Doc. No. 47] is **GRANTED**;

(2) Plaintiffs' federal claims are therefore **DISMISSED WITHOUT PREJUDICE**;

(3) As for Plaintiffs' state law claims under Mississippi's dyslexia laws, Miss. Code Ann. § 37-173-16(1) and Miss. Code Ann. § 37-173-15(1)(d), the Court **DECLINES TO EXERCISE SUPPLEMENTAL JURISDICTION** pursuant to 28 U.S.C. § 1367(c)(3); and

(4) This case is **CLOSED**.

SO ORDERED, this, the 4th day of March, 2026.

_____
SENIOR U.S. DISTRICT JUDGE